**Opinion issued September 29, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-15-00576-CR**
**NO. 01-15-00577-CR**

———————————

**BELANDA FAYE PRUITT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Court at Law No. 1 and Probate Court**
**Brazoria County, Texas**
**Trial Court Case Nos. 209426 & 209428**

---

**MEMORANDUM OPINION**

On August 19, 2015, appellant, Belanda Faye Pruitt, filed motions to dismiss

these appeals. The motions to dismiss comply with Texas Rule of Appellate

Procedure 42.2(a) and no prior decision has issued in these cases. *See* TEX. R. APP.

P. 42.2(a), (b). Accordingly, we grant the motions and dismiss the appeals. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Lloyd.

Do not publish. TEX. R. APP. P. 47.2(b).